UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 9:15-CV-81773-DIMITROULEAS/SNOW

DAVID POSCHMANN,

    Plaintiff,

v.

CASTAWAYS BAR, LLC and
JAM-TWO, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, Castaways Bar, LLC and Jam-Two, LLC, on behalf of all parties, hereby advise the Court that the Parties have reached a settlement of the above-styled claim. The Parties are in the process of preparing a formal settlement agreement and will file a Joint Stipulation of Dismissal *with Prejudice* shortly.

Dated:  March 4, 2016.                              Respectfully submitted,

By: */s/ Arlene K. Kline*_____
    Arlene K. Kline
    Florida Bar No. 104957
    E-mail:  arlene.kline@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL  33401-6183
    Telephone:  (561) 653-5000
    Facsimile:  (561) 659-6313
    *Attorneys for Defendants Castaways Bar, LLC and Jam-Two, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Arlene K. Kline
     Arlene K. Kline
     Florida Bar No. 104957

## SERVICE LIST

*David Poschmann v. Castaways Bar, LLC and Jam-Two, LLC*
**Case No.:** **9:15-CV-81773-DIMITROULEAS/SNOW**

**United States District Court, Southern District of Florida**
**Fort Lauderdale Division**

Drew M. Levitt, Esq.
E-mail: DML2@bellsouth.net
Lee D. Sarkin, Esq.
E-mail: lsarkin@aol.com
4700 N.W. Boca Raton Blvd., Suite 302
Boca Raton, FL 33431
Telephone: (561) 994-6922
Facsimile:   (561) 994-0837

*Attorneys for Plaintiff, David Poschman*
*(via CM/ECF)*

{37690710;1}