UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 15-81773-CIV-DIMITROULEAS/SNOW

DAVID POSCHMANN,

    Plaintiff,

v.

CASTAWAYS BAR, LLC and
JAM-TWO, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

    Plaintiff, David Poschmann, and Defendants, Castaways Bar, LLC and Jam-Two, LLC, having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*.

    Each party shall bear his and their own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated:  March 22, 2016.

| | |
|---|---|
| */s/ Arlene K. Kline* | */s/ Drew M. Levitt* |
| Arlene K. Kline, Esq. | Drew M. Levitt, Esq. |
| Florida Bar No: 104957 | Florida Bar No: 782246 |
| E-mail: arlene.kline@akerman.com | E-mail: DML2@bellsouth.net |
| **AKERMAN LLP** | Lee D. Sarkin, Esq. |
| 777 South Flagler Drive | Florida Bar No. 962848 |
| West Tower, Suite 1100 | E-mail: lsarkin@aol.com |
| West Palm Beach, FL 33401 | 4700 N.W. Boca Raton Boulevard |
| Telephone: (561) 653-5000 | Suite 302 |
| Facsimile: (561) 659-6313 | Boca Raton, FL 33431 |
| *Attorneys for Defendants* | Telephone: (561) 994-6922 |
| | Facsimile: (561) 994-0837 |
| | *Attorneys for Plaintiff* |

{37892042;1}