UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 9:15-CV-81773-DIMITROULEAS/SNOW

DAVID POSCHMANN,

    Plaintiff,

v.

CASTAWAYS BAR, LLC and
JAM-TWO, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice (the "Motion") [DE 14], filed herein on March 22, 2016. The Court has carefully reviewed the Motion [DE 14] and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 14] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice** with each party to bear its own costs and attorney's fees unless otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of March 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies provided to:

Counsel of Record